✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :     **08 CRIM 532**

    - v -                       :     NOTICE OF INTENT TO
                                        FILE AN INFORMATION
ABID FARAZ AHMED,                :

        Defendant.           :       *Judge Buchwald*

- - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 20, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                    Jeffrey A. Brown
                    Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By: _____
                    Tom Dunn, Esq.
                    Attorney for Abid Faraz Ahmed

*[SDNY ELECTRONICALLY FILED stamp]*

5/21/08   WHEEL A