**Judge Buchwald**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v -                       :

ABID FARAZ AHMED,                   :     08 CRIM (NRB) 532

            Defendant.          :

- - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of one count of violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____ 06/12/08
Witness

_____
Counsel for Defendant

Date:    New York, New York
        June 12, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 12 2008