```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :
                                     INFORMATION
     - v. -                     :
                                     08 Cr.   (NRB)
ABID FARAZ AHMED,

               Defendant.       :

- - - - - - - - - - - - - - - - x
```



08 CRIM 532

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2008

## COUNT ONE

The United States Attorney charges:

1. From at least in or about 2003, up to and including in or about February 2008, in the Southern District of New York and elsewhere, ABID FARAZ AHMED, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ABID FARAZ AHMED, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, in a form commonly known as "crystal meth," in violation of

Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

### Forfeiture Allegation

3. As a result of committing the controlled substance offenses alleged in Counts One and Two of this information, ABID FARAZ AHMED, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds AHMED obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including a sum of money representing the amount of proceeds obtained as a result of the offenses alleged in Count One and of this information.

### Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third person;

    (c)   has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**ABID FARAZ AHMED,**

**Defendant.**

---

**INFORMATION**

08 Cr. ___ (NRB)

(21 U.S.C. § 846.)


MICHAEL J. GARCIA
United States Attorney.

---