**MEMO ENDORSED**

THOMAS F. X. DUNN
ATTORNEY AT LAW
7 DEY STREET SUITE 804
NEW YORK, NEW YORK 10007
TEL: 212-941-9940
FAX: 212-941-9947



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

BY FAX

June 27, 2008

Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Abid Faraz Ahmed</u>,
    08 Cr. 532 (NRB)

Dear Judge Buchwald:

    I write to request an adjournment of the conference of my client, Abid Faraz Ahmed, presently scheduled for July 1, 2008. I consent to an exclusion of time under the speedy trial act from July 1 until the next scheduled court date.

    I request that the adjournment of the conference until July 8, 2008 at 4:15 p.m.

    Thank you for your consideration of this request.

Respectfully yours,

Thomas F. X. Dunn

So Ordered.
[signature]
6/27/08

cc: Jeffrey A. Brown, Esq. (By Fax)
    Assistant U.S. Attorney