# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### APPEARANCE

Case Number: 1:08-cr-00532-NRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**ABID FARAZ AHMED**

I certify that I am admitted to practice in this court.

_____9/3/08_____

_____
Signature

JILL ELIJAH    1847375
116 W. 111th Street
New York, NY 10026
(212) 280-8010
(212) 222-2680 fax